UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MINDEN PICTURES, INC.,

      Plaintiff,

v.                                 Case No.: 2:20-cv-00510-JLB-MRM

GRACE LAKES FLORIST, INC., and APRIL
L. WOOD,

      Defendants.

_____/

## ORDER

    The parties have reached a settlement. (Doc. 10.) Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is **DIRECTED** to close the case.

    **ORDERED** in Fort Myers, Florida, on October 6, 2020.

_____
**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**